| | |
|---|---|
| 1 | McGREGOR W. SCOT<br>United States Attorney |
| 2 | JEFFREY A. SPIVAK<br>Assistant U.S. Attorney |
| 3 | MISDEMEANOR UNIT<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>  UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-po-00063-SAB |
|---|---|
| Plaintiff, | [Citations #6599910 AND 6599911 CA/59] |
| v. | MOTION AND ORDER TO DISMISS |
| SCOTT J. SANDMAN, | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 1:19-po-00063-SAB [Citations #6599910 and 6599911 CA/59] against SCOTT J. SANDMAN pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. Pursuant to this Court's order, discovery was due to the Defendant on May 30, 2019. Discovery was not provided until July 12, 2019. The United States failed to properly calendar this deadline and failed to ensure it complied with the Court's order. As a result, the United States moves to dismiss this case.

DATED: July 22, 2019                                   Respectfully submitted,

                                                                       McGREGOR W. SCOTT
                                                                       United States Attorney

                                                       By:    /s/ Jeffrey A. Spivak
                                                                       JEFFREY A. SPIVAK
                                                                       Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:19-po-00063-SAB [Citations #6599910 and 6599911 CA/59] against SCOTT J. SANDMAN be dismissed.

IT IS SO ORDERED.

Dated:  **July 22, 2019**

UNITED STATES MAGISTRATE JUDGE